# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2006

130414

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

EVELYN WHITE,
        Plaintiff-Appellant,

v

CRIME PREVENTION SECURITY
SPECIALISTS and ACCIDENT FUND
INSURANCE COMPANY,
        Defendants-Appellees.

SC: 130414
COA: 264622
WCAC: 04-000327

_____/

      On order of the Court, the application for leave to appeal the January 3, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH, J., would remand this case to the Court of Appeals for consideration as on leave granted.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2006 _____

_____
Clerk

t0524